No. 524, Misc.    UPSHAW v. UNITED STATES. United States Court of Appeals for the District of Columbia.

Certiorari granted. *Joel D. Blackwell* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn* and *W. Marvin Smith* for the United States. █